No. 234. SNIDER *v.* KELLY ET AL.; and

No. 240. WAYNE *v.* ROBINSON ET AL. October 11, 1943. Petitions for writs of certiorari to the United States Court of Appeals for the District of Columbia denied. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of these applications. *Mr. Cornelius H. Doherty* for petitioner in No. 234; *Messrs. John H. Bruninga, John H. Sutherland,* and *Chas. E. Riordon* for petitioner in No. 240. *Messrs. Louis M. Denit, Thomas S. Jackson,* and *A. Leckie Cox* for respondents in No. 234; *Messrs. Raymond F. Adams* and *Lee B. Kemon* for respondents in No. 240. Reported below: No. 234, 135 F. 2d 817; No. 240, 136 F. 2d 767.

No. 125. DEATHERAGE *v.* PLUMMER, WARDEN. October 11, 1943. Petition for writ of certiorari to the Supreme Court of California denied. *Thaddeus Deatherage, pro se.*

No. 135. CANNES *v.* OKLAHOMA. October 11, 1943. Petition for writ of certiorari to the Criminal Court of Appeals of Oklahoma denied. *Bill Cannes, pro se.*

No. 137. POWELL *v.* SANFORD, WARDEN. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Joe T. Powell, pro se. Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Oscar A. Provost* for respondent.

No. 141. BAILEY *v.* MISSOURI. October 11, 1943. Petition for writ of certiorari to the Supreme Court of